NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ALIGN TECHNOLOGY, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**CLEARCORRECT OPERATING, LLC,
CLEARCORRECT PAKISTAN (PRIVATE), LTD.,**
*Intervenors*

---

2014-1533

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-833.

---

**O R D E R**

---

Before PROST, *Chief Judge,* NEWMAN and O'MALLEY,
*Circuit Judges.*

PER CURIAM.

IT IS ORDERED THAT:

This case is vacated and remanded for further proceedings in light of our decision in *ClearCorrect Operating, LLC v. International Trade Commission*, No. 2014-1527.

FOR THE COURT

 November 12, 2015                    /s/ Daniel E. O'Toole
        Date                        Daniel E. O'Toole
                                    Clerk of Court